IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION,
as receiver for,
Century Security Bank

     Plaintiff,

     v.

GARY MCCLUNG, et al.,

     Defendants.

CIVIL ACTION NO.
1:14-CV-00763-LMM

## ORDER

On January 30, 2015, the parties in this matter notified the Court that they have reached a settlement and that they intend to file a dismissal with prejudice in the near future [10]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 2nd day of February, 2015.

_____
LEIGH MARTIN MAY
   UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.